THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ISAAC RICHARDSON, Appellant.

Argued October 16, 1941; decided November 19, 1941.

*Charles Horowitz, Miles M. O'Brien* and *Arthur A. Madison* for appellant.

*Thomas E. Dewey*, District Attorney (*Stanley H. Fuld* and *Alexander Herman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.